**Order entered September 4, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-00786-CR
No. 05-19-00788-CR

**JERYL PATRICK GRAVES, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F17-76631-P & F17-76630-P**

## ORDER

Before the Court is the State's September 2, 2020 second motion to extend the time to file its brief. The State tendered its brief with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE